March 1, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

CITIBANK (SOUTH DAKOTA), N.A., Appellant

NO. 14-11-00515-CV                 V.
NO. 14-11-00548-CV

L. T. BRADT, Appellee
_____

Today the Court heard the parties joint motion to dismiss the appeal from the judgment signed by the court below on March 14, 2011. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that each party shall pay its costs incurred by reason of this appeal.

We further order this decision certified below for observance.

We further order the mandate be issued immediately.